IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GERALD H. RAYMOND, )
    Plaintiff, )
     )
    v. ) Civil Action No. 07-31
     )
GENERAL MOTORS, MOTORS HOLDING )
and GENERAL MOTORS CORPORATION, )
    Defendants. )

## ORDER OF COURT

AND NOW this 15 day of February, 2007, before the court is defendants' motion to compel arbitration, dismiss the complaint, or in the alternative, to stay this action [document #5]. Plaintiff, in his response, agrees that the within action may be submitted to arbitration, but requests a stay of this action in lieu of dismissal. Therefore, IT IS HEREBY ORDERED that plaintiff is ordered to submit his claims to binding arbitration.

IT IS FURTHER ORDERED that, in the interest of judicial economy, we will refrain from ruling on the outstanding motions and direct the Clerk of Court to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All Counsel of Record