IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GERALD H. RAYMOND : Civil Action No.: 2:07-cv-31

v. :

GENERAL MOTORS, MOTORS HOLDING :
and GENERAL MOTORS CORPORATION :

### STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, this 16TH day of January, 2009, the parties through their undersigned counsel hereby stipulate that the above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to the provisions of Federal Rule of Civil Procedure 42(a)(1)(ii) and each party shall bear their own costs.

_____
William A. Johnson
8 East Pine Street
Washington, PA 15301
Tel No.:    (724) 225-3955
Fax No.:    (724) 225-1365
E-mail: wajohnson@choiceonemail.com

Counsel for Plaintiff

_____
Joseph E. O'Neil
John J. O'Donnell
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
Tel Nos.:   (215) 351-7936
            (215) 351-7901
Fax Nos.:   (215) 351-3085
            (215) 351-3086
E-mails:    joneil@lavin-law.com
            jodonnell@lavin-law.com

Counsel for Defendants

SO ORDERED, this 20 day of January, 2009.

_____
Gary L. Lancaster, U.S. District Judge